UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00158-HDM-GWF |
|---|---|
| Plaintiff, | |
| v. | SUPPLEMENTAL ORDER |
| SUSAN DEAN, | |
| Defendant. | |

On September 11, 2024, the court granted the defendant's motion for early termination of supervised release effective May 7, 2027. The court hereby supplements its order as follows: On or after June 1, 2025, the defendant may file a motion for reconsideration of the court's order of September 11, 2024.

IT IS SO ORDERED.

DATED: This 3rd day of October, 2024.

*/s/ Howard D. McKibben*

UNITED STATES DISTRICT JUDGE